UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FELETI LIVAI,<br><br>        Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>        Defendant. | Case No. 4:17-cv-03603-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS; ORDER SETTING STATUS CONFERENCE**<br><br>Re: Dkt. No. 12 |

On August 1, 2017, Plaintiff filed a notice of settlement. Accordingly, all case deadlines, including the September 26, 2017 case management conference, are VACATED. Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court. Additionally, the Court sets this case for a status conference on October 17, 2017 at 1:30 p.m., which will be vacated or continued should a timely dismissal be filed or an extension of time to file the dismissal be requested.

IT IS SO ORDERED.

Dated: August 11, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge