# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELETI LIVAI,**<br>Plaintiff,<br>      vs.<br>**WELLS FARGO BANK, NATIONAL ASSOCIATION,**<br>Defendant. | Case No. **4:17-cv-03603-KAW**<br><br>~~(PROPOSED)~~ **ORDER** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this <u>23rd</u> day of August, 2017

_____
The Honorable Kandis A. Westmore

Order to Dismiss - 1